NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY



FIRM and AFFILIATE OFFICES

RICHARD L. RENCK
DIRECT DIAL: +1 302 657 4906
PERSONAL FAX: +1 302 397 2063
E-MAIL: RLRenck@duanemorris.com

www.duanemorris.com

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

April 20, 2016

VIA E-FILING

The Honorable Christopher J. Burke
United States District Court
Boggs Federal Building
844 North King Street, Unit 28
Wilmington, DE 19801

    Re:    **Advanced Microscopy Inc. v. Carl Zeiss Microscopy, LLC,
(C.A. 15-cv-516-LPS-CJB)**

Dear Judge Burke:

    Pursuant to the Court's Order dated February 11, 2016 (D.I. 37), Plaintiff Advanced Microscopy Inc. ("AMI") and defendant Carl Zeiss Microscopy, LLC ("Zeiss") respectfully submit this joint letter to inform the Court that on April 18, 2016, the Patent Trial and Appeal Board ("PTAB") instituted *inter partes* review ("IPR") of all claims of U.S. Patent No. 6,313,452 (the "'452 Patent").  The '452 Patent is the only patent that Plaintiff asserts in this case.

    Enclosed please find a copy of the PTAB's institution decision.  Under the schedule adopted by the PTAB for the IPR (Paper 12 in IPR2016-00051), the PTAB will issue its final written decision on the '452 Patent no later than April 18, 2017.

    Further, counsel for the parties have met and conferred in a teleconference on April 19, 2016 regarding Zeiss' intent to renew its motion for implementing the stay requested in its Motion filed on October 16, 2015 (D.I 20).  AMI has indicated that it does not oppose a stay of the current litigation in view of the IPR institution and agrees to stipulate to the Court's order for a stay of the current litigation pending the outcome of the IPR.  The Parties have further agreed and believe that the need for opposing three-page letter briefs, as contemplated by the Court's February 11, 2016 Order, is thereby obviated.

DUANE MORRIS LLP

222 DELAWARE AVENUE, SUITE 1600    WILMINGTON, DE 19801-1659          PHONE: +1 302 657 4900   FAX: +1 302 657 4901

DuaneMorris

The Honorable Christopher J. Burke
April 20, 2016
Page 2

      Accordingly, AMI and Zeiss hereby agree and stipulate to an order to be issued by this Court, in form and substance as enclosed herein.

Respectfully submitted,

/s/ *Richard L. Renck (#3893)*

DUANE MORRIS LLP
*Attorneys for Defendant*
*Carl Zeiss Microscopy, LLC*

Enclosures

cc:    Counsel of Record via E-Filing